JAMES E. MULLIGAN, Respondent, *v.* GEORGE SINSKI, as Executor of MARY SINSKI, Deceased, Appellant.

*Mulligan* v. *Sinski,* 156 App. Div. 35, affirmed.
(Argued March 9, 1915; decided March 23, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 1, 1913, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action on a promissory note.

*George M. Pinney* and *Fred. W. Nellis* for appellant.

*Frank H. Innes* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, MILLER and SEABURY, JJ.